# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

**UNITED STATES OF AMERICA**          v.          **VICTOR H. KOHRING**

THE HONORABLE JOHN W. SEDWICK          3:07-cr-00055 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**          September 23, 2009

At docket 256, defendant Kohring asks the court to extend the briefing schedule for a period of one month. The motion is not opposed. After due consideration and for good cause shown, the motion is **GRANTED** as follows:

1. Defendant's motion shall be filed by **October 30, 2009**.

2. Plaintiff's response shall be filed by **November 30, 2009.**

3. Defendant may file a reply by **December 11, 2009.**

4. Unless otherwise required by a subsequent order, there will be no oral argument on the motion.

5. The argument presently set for November 16, 2009, is **VACATED**.

_____