# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>VICTOR H. KORHING,<br><br>        Defendant. | 3:07-cr-055-JWS-JDR<br><br>**ORDER<br>REGARDING MOTION TO<br>EXTEND PRETRIAL MOTION<br>DEADLINES**<br><br>(Docket No. 331) |

Defendant **Kohring** moves the court to vacate the current pretrial motions deadline of June 28, 2011 and extend the pretrial motions due date to September 8, 2011. Trial in this matter has not been scheduled by the assigned district judge. See Motion to Set Trial at Docket 329. Accordingly, defendant's Motion to Extend Pretrial Motion Deadlines is granted in part and denied in part. The June 28, 2011 motions due date is hereby VACATED and will be reset upon the assigned district judge ruling on the pending motion to set trial date.

DATED this 24th day of June, 2011, at Anchorage, Alaska.

                                /s/ John D. Roberts
                                JOHN D. ROBERTS
                                United States Magistrate Judge